IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BRANDON BRUNETTI                                                                      PLAINTIFF

VS.                                                  CAUSE NO. 2:12-CV-176-JMV

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                         DEFENDANT

<u>ORDER</u>

This matter came before the Court on Plaintiff's ore tenus Motion for a Ten (10) day Extension to file Memorandum-in-Chief, and the Court being apprised in the premises and finding that there is no objection to the motion, orders:

Plaintiff shall be allowed until the end of business on January 28, 2013, to file his Memorandum-in-Chief in support of his appeal to this Court.

So Ordered this the 16th day of January, 2013.

                                                            /s/ Jane M. Virden
                                                           U.S. MAGISTRATE JUDGE