IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BRANDON BRUNETTI															PLAINTIFF

VS.																CAUSE NO. 2:12-CV-176-JMV

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY											DEFENDANT

## ORDER

This matter came before the Court on Plaintiff's ore tenus Motion for a Ten (10) day Extension to file Memorandum-in-Chief, and the Court being apprised in the premises and finding that there is no objection to the motion, orders:

Plaintiff shall be allowed until the end of business on January 28, 2013, to file his Memorandum-in-Chief in support of his appeal to this Court.

So Ordered this the 16th day of January, 2013.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE